**UNITED STATES BANKRUPTCY COURT**
Northern District of Illinois
**Eastern Division**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Marchfirst, Inc., et. al. | ) | Bankruptcy Case No. 01-24742-24790 |
| | ) | No Leading Case No. |
| | ) | |
| Debtor | ) | |

## NOTICE OF ADDRESS CHANGE

     Please take notice that the mailing address of the Debtors in this matter has changed. The new mailing address for the Debtors is as follows:

**Susan Simmeron a/k/a Susan Barnes**
c/o Dilks & Knopik, LLC
PO Box 2728
28431 SE Preston Way
Issaquah, WA 98027

All future notices and correspondence should be directed to that address.

**Susan Simmeron a/k/a Susan Barnes**

Dated: February 12, 2010          By: /s/ David R. Herzog                .
                                                          One of their attorneys

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street
Suite 1717
Chicago, Illinois 60602
(312) 977-1600