# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In Re:

    Marchfirst, Inc., et. al.

Bankruptcy Case No. 01-24742-24790
No Leading Case Number

Debtor

## ORDER

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $1878.52 to Susan Simmeron, a/k/a Susan Barnes, claimant, c/o Dilks & Knopik, LLC, in the above captioned case.

Claimant's last four digits of Social Security number or EIN #: 7377

Dilks & Knopik, LLC's last four digits of EIN #: 9851

Dated: 3/2/10

_____
Carol A. Doyle
United States Bankruptcy Judge

Payment to be mailed to:

Susan Simmeron, a/k/a Susan Barnes
c/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027

ORIGINAL