# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re:

    marchFIRST, INC., et al.,　　　)　Chapter 7

　　　　　　　　　　　　　　　　　)　Bankruptcy Case No. 01-24742

Debtor(s)

## NOTICE OF MOTION

To:　Chief Civil Division　　　　　　　　Mr. Kenneth S. Gardner, Clerk
　　　U.S. Attorney's Office　　　　　　　Attention: Financial Administrator
　　　219 S. Dearborn Street　　　　　　　219 S. Dearborn Street
　　　Chicago, Illinois 60604　　　　　　　Chicago, Illinois 60604

　　　Trustee: Andrew J. Maxwell*　　　　United States Trustee
　　　Maxwell & Potts, LLC　　　　　　　219 S. Dearborn Street, Rm 873
　　　105 West Adams Street, Suite 3200　Chicago, Illinois 60604
　　　Chicago, IL 60603

　　　Please take notice that on __January 24, 2013__ at 10:00 A.M. (Please select a date at least ten(10) business days from the date of mailing this notice) I shall bring the above motion for hearing before Judge Bruce W. Black, Courtroom 719, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.

　　　I certify that the motion and notice of motion were served on the person (s) to whom notice is given by depositing copies in envelopes addressed to them with proper postage in the United States mail on __January 9, 2013__.

　　　　　　　　　　　　　　　　　　　　　/s/ Francis J. Lawall
　　　　　　　　　　　　　　　　　　　　　Signature of Claimant/Attorney/Movant
　　　　　　　　　　　　　　　　　　　　　Francis J. Lawall, Esq.
　　　　　　　　　　　　　　　　　　　　　Pepper Hamilton LLP
　　　　　　　　　　　　　　　　　　　　　3000 Two Logan Square
　　　　　　　　　　　　　　　　　　　　　18th and Arch Streets
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19013
　　　　　　　　　　　　　　　　　　　　　Telephone:(215)981-4481
　　　　　　　　　　　　　　　　　　　　　Facsimile:(215)981-4750
*Insert name and address of case Trustee.　lawallf@pepperlaw.com

Rev. 10/2011 lh

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In Re: ) Chapter 7
  marchFIRST, INC., et al. )
                                      ) Bankruptcy Case No. 01-24742
                                      )
Debtor(s) )

**Motion to Withdraw Money**
**Under 28 U.S.C. § 2042**

  Aramark Refreshment Services, claimant, moves this Court to order the withdrawal of moneys on deposit for this estate in the name of Aramark Refreshment Services, and the payment of these moneys to claimant and in support of this motion states:

  1. On August 24, 2012, the trustee of this estate deposited the sum of $ 1,300.00 belonging to the creditor with the Clerk of Court.
  2. (Please cross out the subparagraph that does not apply) certify that the
    A. The claimant is the creditor in whose behalf these moneys were deposited and is entitled to the money deposited.
    ~~B. The claimant is not the creditor but is entitled to payment of these moneys because (please state the basis for your claim to the moneys)~~ _____

_____

(Please attach a copy of any supporting document).
    ~~C. Claimant is Debtor and is entitled to this money.~~

/s/ Francis J. Lawall
Signature of Claimant/Attorney/Movant
Francis J. Lawall, Esq.
Printed Name
Pepper Hamilton LLP, 3000 Two Logan Square
18th and Arch Streets, Philadelphia, PA 19103
Mailing Address
(215) 981-4481
Phone Number

**Certification**

I, Aramark Refreshment Services *, claimant, certify that the statements in the foregoing motion are true and correct. (*) By: Gregory C. Ott
    Assistant General Counsel of
    ~~Aramark Corporation~~
    ARAMARK Refreshment Services, LLC    Signature of Claimant and Last Four Digits of
                                          Claimant's Social Security Number or EIN    3482

(i)   If claimant is heir of decreased creditor, attach copies of death certificate and heirship order of court.
(ii)  If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv)  If claimant is an agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v)   Attach other documents showing entitlement should none of the foregoing apply.

Rev. 10/2011 lh

# EXHIBIT A

**U.S. Bankruptcy Court**
Northern District of Illinois

01bk24742    1    08/27/2012    MARCHFIRST INC

| Creditors | Amount |
| --- | --- |
| Angie Wen-Chun Yeh | 215.40 |
| Ann Lytle | 90.00 |
| ✱ Aramark Refreshment Services | 1300.00 |
| Arcade Building Services | 879.86 |
| Arcade Building Services | 1319.79 |
| Archana Kataria | 541.39 |
| Archana Kataria | 649.49 |
| Arvin Rustia | 304.34 |
| Arvind Kukreja | 959.69 |
| Ashley, Peter | 310.44 |
| At&t Wireless Services, Inc. | 2400.00 |
| Athreya, Laxminarain | 78.62 |
| Austin, Gladie | 23.89 |
| Avenue Edit, Inc | 1997.08 |
| B2B Works, Inc | 1088.00 |
| B2B Works, Inc. | 1632.00 |
| Babcock & Brown LP | 964.08 |
| Baratta, Karen A | 107.63 |
| Barr, Clifford | 218.16 |
| Barr, Heather A. | 95.91 |
| Bauer, Rainer | 344.30 |
| Begona Vazquez | 16.21 |
| Begona Vazquez | 1888.67 |
| Belkin, Billick & Harrold Co., LPA | 20.88 |
| Bell Courier LTD | 21.02 |
| Ben & Jerry's of Indiana | 19.68 |
| Bernaz, Raymond | 82.38 |
| Besharatian, Farzad | 340.23 |
| Bhatti, Nad | 761.68 |
| Bhola, Jaidev | 410.45 |
| Bierma Communications & Consulting | 15.00 |
| Bierstein, Harris | 14.68 |
| Binary Learning Associates Inc | 200.00 |
| Binary Learning Associates Inc. | 300.00 |
| Blaine Allen | 77.27 |
| Block, Marc David | 96.01 |
| Bohanek, Michael | 102.41 |
| Bontly, Mary E. | 140.80 |
| Bookman Testing Services Inc | 405.10 |
| Bookman Testing Services Inc. | 607.65 |
| Bradley, William | 22.43 |
| Branch, Josephine | 12.67 |
| Branham, Joseph P. | 104.95 |
| Brophy, James Jr | 78.78 |
| Brown, William R. | 232.42 |

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern    Division

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| marchFIRST, INC., et al., | ) | Bankruptcy Case No.  01-24742 |
| | ) | |
| | ) | |
| Debtor | ) | |

## Statement of Social Security or Employee Identification Number

Name of claimant:            Aramark Refreshment Services

Claimant's Social Security or EI Number:    3482

I declare under penalty of perjury that the foregoing is true and correct.

_____  12/5/12
Signature of Claimant            Date
ARAMARK Refreshment Services, LLC
By: Gregory C. Ott, Assistant General Counsel
    of ARAMARK Refreshment Services, LLC

---

*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both.  18 U.S.C. §§ 152 and 3571.

11-19-03

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| **In re:** : | **Chapter 7** |
| : | |
| **marchFIRST, Inc.,** *et al.,* : | **Case No 01-24742** |
| : | **(Jointly Administered)** |
| **Debtors.** : | |
| : | |

## CERTIFICATE OF SERVICE

I, Francis J. Lawall, hereby certify that on January 9, 2013, true and correct copies of the Motion to Withdraw Money Under 28 U.S.C. § 2042, the Notice of Motion, the Statement of Social Security or Employee Identification Number and the proposed order for same were served via first class mail, postage prepaid, on the following parties:

Chief Civil Division
U.S. Attorney's Office
219 S. Dearborn Street
Chicago, IL 60604

Andrew J. Maxwell
Maxwell & Potts, LLC
105 West Adams Street, Suite 3200
Chicago, IL 60603
*Trustee*

Mr. Kenneth S. Gardner, Clerk
Attention Financial Administrator
219 S. Dearborn Street
Chicago, IL 60604

United States Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Dated: January 9, 2013

PEPPER HAMILTON LLP

/s/ Francis J. Lawall
Francis J. Lawall
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000
lawallf@pepperlaw.com

Counsel for Aramark Refreshment Services

#17238147 v1