# United States Bankruptcy Court
# Northern District of Illinois
Eastern Division

In Re:

marchFIRST, INC., et al.,        )        Bankruptcy Case No.  01-24742

Debtor

### ORDER GRANTING MOTION TO WITHDRAW UNCLAIMED FUNDS

**IT IS HEREBY ORDERED** that the Clerk of the United States Bankruptcy Court is directed to pay $ 1,300.00 to Aramark Refreshment Services claimant in the above captioned case.

Last Four Digits of Claimant Social Security number or EIN 3482          .

_____
**Bruce W. Black**
**United States Bankruptcy Judge**

Dated: January 24, 2013

Payment to be mailed to:

Aramark Refresment Services
c/o Francis J. Lawall, Esq.
Pepper Hamilton LLP
3000 Two Logan Square,
18th and Arch Streets,
Philadelphia, PA 19103

Rev. 09-13-12lh