# United States Bankruptcy Court
## Northern District of Illinois
Eastern Division

In Re:

marchFirst, Inc. et al.
    Debtor,
Crain Communications Inc.
    Defendant.

Bankruptcy Case No. 01-24742

## ORDER GRANTING MOTION TO WITHDRAW UNCLAIMED FUNDS

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $ 2,270.00 to Crain Communications Inc claimant in the above captioned case.

Last Four Digits of Claimant Social Security number or EIN 8800.

**Bruce W. Black**
**United States Bankruptcy Judge**

Dated:

Payment to be mailed to:

Crain Communications Inc
Peter K. Grantz, Esq.
1155 Gratiot Ave
Detroit, MI 48207

Rev. 09-13-12lh