# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In Re:                           )
                                 )
    Marchfirst Inc.              )   Bankruptcy Case No. 01-24742
                                 )
                                 )
Debtor                           )

## NOTICE OF HEARING

To: Chief Civil Division            Mr. Kenneth S. Gardner, Clerk
    U.S. Attorney's Office            Attention: Financial Administrator
    219 S. Dearborn Street           219 S. Dearborn Street
    Chicago, Illinois 60604          Chicago, Illinois 60604

    United States Trustee            Trustee: Andrew J Maxwell, ESQ
    219 South Dearborn Street, Suite 873    105 West Adams Street ste 3200
    Chicago, Illinois 60604          Chicago, IL 60603

Please take notice that on August 8, 2013 at 10:00 A.M. (please select a date at least ten (10) business days from the date of mailing this notice) I shall bring the above motion on for hearing before Judge Bruce Black, Courtroom 719, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.

                                           /s/ David R. Herzog .
                                           David R. Herzog
                                           Attorney for Stephen M. Dennis Successor
                                           In Interest To Dennis-McCain Consulting Group, Inc

## CERTIFICATION

    I, David R. Herzog, Attorney for Stephen M. Dennis Successor In Interest To Dennis-McCain Consulting Group, Inc, claimant, certify that the statements in the foregoing motion are true and correct.

    I further certify that the motion and notice of hearing were served on the person to whom notice is given via the ECF court system and/or by depositing copies in envelopes address to them with proper postage in the United States mail on July 22, 2013.

                                           /s/ David R. Herzog .
                                           David R. Herzog
                                           Attorney for Stephen M. Dennis
                                           Successor In Interest to
                                           Dennis-McCain Consulting Group, Inc

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Marchfirst Inc. | ) | Bankruptcy Case No. 01-24742 |
| | ) | |
| | ) | |
| Debtor | ) | |

**Motion to Withdraw Money**
**Under 28 U.S.C. § 2042**

Stephen M. Dennis Successor In Interest To Dennis-McCain Consulting Group, Inc, (the "claimant"), by and through its attorney David R. Herzog of Herzog & Schwartz, PC, moves this Court to order the withdrawal of moneys on deposit for the estate in the name of Dennis McCain Consulting Group, creditor, and the payment of these moneys to claimant and in support of this motion states:

1. The trustee of this estate deposited the sum of $1,911.78 belonging to the creditor with the Clerk of Court.

2. *(Please cross out the subparagraph that does not apply)* certify that the

    A. The claimant is the creditor in whose behalf these moneys were deposited and is entitled to the money deposited.

    B. ~~The claimant is not the creditor but is entitled to payment of these moneys because~~ *(please state the basis for your claim to the moneys)*

    _____
    _____
    _____

    *(Please attach a copy of any supporting document).*

3. The creditor did not receive the initial dividend check in the above case for the following reason:

> The original dividend check was sent to a Dennis McCain Consulting Group. Dennis-McCain Consulting Group, Inc. is no longer an active corporation, as evidenced by Exhibit A. Stephen M. Dennis was the sole officer and owner, as evidenced by Exhibit B.

4. The creditor's current mailing address and phone number is:

> Stephen M. Dennis Successor In Interest To Dennis-McCain Consulting Group, Inc
> 221 A. Nesmith Ave
> St Augustine, FL  32084
> 904) 540-1441 cell

5. Dilks & Knopik, LLC, whose tax identification number is 74-3049851, is the Attorney-in-fact for Stephen M. Dennis Successor In Interest To Dennis-McCain Consulting Group, Inc, as evidenced by the attached Power of Attorney.

Dated: July 22, 2013                    /s/  David R. Herzog           .
                                        David R. Herzog, Attorney at Law
                                        Herzog & Schwartz, PC
                                        77 W. Washington St., Ste 1717
                                        Chicago, IL 60602
                                        (312) 977-1600

---

(i) If claimant is heir of decreased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is an agent of creditor for purposes of filing this application, attach a copy of the agency agreement
(v) Attach other documents showing entitlement should none of the foregoing apply.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
_____ Division

|  |  |
|---|---|
| RE: Marchfirst Inc.<br><br>Debtor(s) | Case: 01bk24742<br><br>**AUTHORITY TO ACT**<br>**Limited Power of Attorney**<br>**LIMITED TO ONE TRANSACTION** |

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Stephen M. Dennis successor in interest to Dennis McCain Consulting Group** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,911.78** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _____          Date 3/11, 20 13
Stephen M. Dennis

Tax ID: XXX-XX- 9213

### ACKNOWLEDGMENT

STATE OF Florida )          COUNTY OF Putnam )

On this 11 day of March, 2013, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Stephen M. Dennis known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.
NOTARY PUBLIC Traci M. Reed
Residing at 4083 Reid St. Palatka, FL 32177
My Commission expires 12/3/16

[Notary seal: TRACI M. REED, MY COMMISSION EXPIRES December 3, 2016, #EE 853110, Bonded thru Notary Public Underwriters, NOTARY PUBLIC, STATE OF FLORIDA]






Home                                                                                                                                                    Edit Account | Log Out

# DENNIS-MCCAIN CONSULTING GROUP, INC. Control Number: 0033217

Main    Reports    Officers    Filing History

**Entity Info**

  Entity Id    33217

**Key Indicators**

  Model Type         Corporation
  Locale             Foreign
  Qualifier          For-Profit
  Business Name      DENNIS-MCCAIN CONSULTING GROUP, INC.
  Registration Date  7/24/2000
  Entity Status      Automated Administrative dissolution/Revocation
  Foreign Name
  Date of Organization
  State              Tennessee
  Country

**Principal Office Address**
PRINCIPAL
  Line1    5675 ROSWELL RD NE APT 50B
  Line2

  City    ATLANTA    State    Georgia    Zip    30342-1230

**Agent**

  Is non-commercial Registered Agent?    Yes
  Name                                   STEVE DENNIS

**Address**

  Line1    5675 ROSWELL RD. #50B
  Line2

  City    ATLANTA    State    Georgia    Zip    30342

  Email

**Previous Names**

| Name Changed From | Name Changed To | Surviving Entity Id | Cancelled Entity Id | Effective Date | Due Date | File Number | Actions |
|---|---|---|---|---|---|---|---|
| No Miscellaneous Filings were found. | | | | | | | |

Exhibit _A_





Home

DENNIS-MCCAIN CONSULTING GROUP, INC. Control Number: 0033217

Main   Reports   Officers   Filing History

**Officers**

| Name | Address | Executing Officer | File Number | Actions |
|---|---|---|---|---|
| DENNIS, STEVE | 5675 ROSWELL RD 50 B ATLANTA, GA 30342 | Is Executing Officer?: Yes Executing Officer Type: Secretary | 0033217 | View |
| DENNIS, STEVE | 5675 ROSWELL RD. ATLANTA, GA 30342 | Is Executing Officer?: Yes Executing Officer Type: CEO | 0033217 | View |
| DENNIS, STEVE | 5675 ROSWELL RD. ATLANTA, GA 30342 | Is Executing Officer?: Yes Executing Officer Type: CFO | 0033217 | View |

Exhibit B

AO 213
(Rev. 06/12)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
Accounting and Financial Systems Division

Sensitive Information
**VENDOR INFORMATION/TIN CERTIFICATION**

☐ Ex-AO Employee
☐ SAM Vendor
*(Formerly CCR)*
*(No TIN Certification Required)*

| Vendor Address | Other Address *(If different from Vendor Address)* |
|---|---|
| Select all that apply ☐ Order ☐ Remit ☐ 1099 | Select all that apply ☐ Order ☐ Remit ☐ 1099 |
| Name: Stephen M. Dennis | Address: 35308 SE Center St. |
| Business Name: Dennis McCain Consulting Group *(if different from above)* | City: Snoqualmie |
| Address 1: 221 A. Nesmith Ave | State: WA    Zip Code: 98065 |
| Address 2: | Telephone #: (425) 836-5728 |
| City: St Augustine | Description: Dilks & Knopik LLC *(If needed)* |
| State: FL    Zip Code: 32084 | |
| Taxpayer Identification #: 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 *(TIN, SS, or EIN number)* | |
| DUNS # N/A | |

| Financial Information *(If Requested)* | |
|---|---|
| Bank Name: N/A | Routing # *(this nine digit number appears on your checks, but do not include individual check numbers)*: 0 |
| City: N/A | Account #: N/A |
| State: N/A    Zip Code: 00000 | Type of Account: *(select one)* ☐ Checking ☐ Savings |

Type of Organization for 1099 reporting:

☐ sole proprietorship;            ☐ partnership;

☐ corporate entity *(not tax-exempt)*;        ☐ corporate entity *(tax-exempt)*;

☐ health care provider;           ☑ other:    N/A

☐ government entity *(write in either federal, state or local)*

**Taxpayer Identification Number Certification**

Under penalties of perjury, I certify that:

1. The Taxpayer Identification Number listed in the Vendor Address area above is the correct number assigned to me, and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to the backup withholding, and
3. I am a U.S. citizen or other U.S. person *(defined below)*.

☐ You must select this check box if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. If you make a false statement with no reasonable basis that results in no backup withholdings, you are subject to a $500 penalty. Willfully falsifying certifications or affirmations on this form may subject you to criminal penalties including fines and/or imprisonment.

AO 213
(Rev. 06/12)

**Definitions:**

"Taxpayer Identification *(TIN, SS, or EIN number)*" is the number required by the Internal Revenue Service (IRS) to be used in reporting income tax and other returns. The TIN may be either a social security number (SSN) or an employer identification number (EIN).

"U.S. person" means:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

The TIN, as well as the information above is required in order to comply with debt collection requirements of 31 U.S.C. §§ 7701(c) and 3325(d), reporting requirements of 26 U.S.C. §§ 6041 and 6041A, and implementing regulations issued by the IRS. Failure or refusal to furnish this information may result in 28 percent backup withholding on any payments otherwise due under any awarded contract or purchase order.

The TIN may be used by the government to collect and report on any delinquent amounts arising out of the vendor's relationship with the government (31 U.S.C. § 7701(c)(3)). The TIN provided may be matched with IRS records to verify its accuracy.

Complete this section only if a TIN was not provided on page one, and select closest reason why not:

☐ The vendor is a nonresident alien, foreign corporation or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

☐ The vendor is an agency or instrumentality of a foreign government;

**Additional information required for vendors used for procurement
(purchase orders, contracts, etc.)**

Indicate which, if any, of the following categories are applicable. These categories require that the vendor is 51% owned and the management and daily operations are controlled by one or more members of the selected socio-economic group:

☐ Women Owned Business                    ☑ Not Applicable

☐ Minority Owned Business *(If yes, select one of the owner's race/ethnicity selections from below)*:

☐ Asian-Pacific American       ☐ Black American              ☐ Subcontinent Asian (Asian-Indian)American
☐ Hispanic American            ☐ Native American             ☐ Other:

X Date: 3/11/13                                    X _____
                                                   Vendor's signature

**For Agency Use Only**
The vendor name and DUNS number is all that is required for registered System for Award Management (SAM) vendors (formerly CCR). (Check www.sam.gov for registration status.) Do not use this form for purchase card merchants.

Mark Boxes that apply:   ☐ Addition    ☐ Change    ☐ Vendor Code: _____   *(make entry only if change)*
                         ☐ Active      ☐ Inactive  ☐ Vendor Type:

| The following information is optional for individuals whose name and telephone are already on the form: |
|---|
| Contact Name: |
| Telephone Number:                             Email: |

| Identification of person making this request: |
|---|
| Name: |
| Telephone Number:                    Originating Office: |

Please type or print clearly.   For "**AO**" FAS4T Users only, e-mail the completed form to: AOdb_OFB_Client_Service_Desk/DCA/AO/USCOURTS. For questions regarding AOFAS4T the Client Service Desk can be contacted at (202) 502-2242.
For "**Court**" FAS4T Users, send this form to the local Vendor Administrator. For questions regarding Court FAS4T please contact SDSD at (210) 301-6320.

This form should be completed with signature by the vendor and submitted by Judiciary staff only.
Sensitive information must be securely maintained and only visible to the appropriately designated financial employee.