Unclaimed Funds List

| Name | Claim Number | Amount |
|---|---:|---:|
| 24/7 MEDIA, INC. | 707.00 | $ 476.02 |
| ABAR STAFFING SERVICES | 1470.00 | $ 55.44 |
| ABLEST SERVICE CORP | 5418.00 | $ 4,498.65 |
| ACCURATE RECRUITING, INC. I11 CORP. | 2733.00 | $ 1,367.83 |
| ADAMS, THOMAS | 4597.00 | $ 1,355.62 |
| ADVANCED INSTALLATIONS & MOVING INC | 531.00 | $ 684.25 |
| AIRBORNE FREIGHT CORPORATION | 2730.00 | $ 1,246.27 |
| ALLEN, BLAINE | 2609.03 | $ 36.08 |
| ALLEN, TERI | 3479.02 | $ 35.31 |
| AMERICAN COMMERCIAL SECURITY SERVICES | 5268.00 | $ 1,767.96 |
| ANDERSON EXCHANGE* THE | 3318.00 | $ 112.00 |
| ANDERSON, BLAKE E. | 3836.02 | $ 113.68 |
| ANGEL, KEVIN | 3.02 | $ 35.80 |
| ARCADE BUILDING SERVICES | 341.00 | $ 615.90 |
| ARCHER, ANNE R. | 4604.00 | $ 4.98 |
| ASHLEY, PETER | 1549.02 | $ 217.31 |
| AT&T BROADBAND | 870.00 | $ 12.40 |
| AUSTIN, GLADIE | 3214.03 | $ 16.72 |
| AUTOMAT SERVICE | 1132.00 | $ 98.23 |
| AUTOMAT SERVICE | 1131.00 | $ 157.18 |
| AVENUE EDIT, INC | 837.00 | $ 1,397.96 |
| BABCOCK & BROWN LP | 3494.00 | $ 674.86 |
| BARATTA, KAREN A. | 3545.02 | $ 75.38 |
| BARR, CLIFFORD | 971.00 | $ 152.71 |
| BARR, HEATHER A. | 4268.03 | $ 67.14 |
| BARR, HEATHER A. | 4268.02 | $ 212.39 |
| BARSKY, IRA | 190.02 | $ 29.64 |
| BAUER, RAINER | 2794.02 | $ 241.16 |
| BERMAN, KEVIN | 3401.02 | $ 53.23 |
| BESHARATIAN, FARZAD | 2272.02 | $ 238.30 |
| BHATTI, NAD | 4010.02 | $ 216.88 |
| BHOLA, JAIDEV | 4540.00 | $ 287.31 |
| BINARY LEARNING ASSOCIATES INC | 2450.00 | $ 140.00 |
| BLOCK, MARC DAVID | 3845.02 | $ 67.26 |
| BONTLY, MARY E. | 4373.02 | $ 98.63 |
| BOOKMAN TESTING SERVICES INC. | 3534.00 | $ 283.57 |
| BRADLEY, WILLIAM | 1040.02 | $ 15.70 |
| BRANCH, JOSEPHINE | 3343.03 | $ 8.86 |
| BRANHAM, JOSEPH P. | 3592.03 | $ 73.50 |
| BROPHY, JR., JAMES | 1931.00 | $ 6.69 |
| BROPHY, JR., JAMES | 1930.00 | $ 3.47 |
| BROPHY, JR., JAMES | 1933.02 | $ 45.01 |
| BROWN, WILLIAM R. | 4830.02 | $ 162.79 |
| BURCH, WINDIE C. | 2028.00 | $ 298.05 |
| BURTON, DIANE C. | 2155.02 | $ 234.61 |
| BUSINESS CREDIT LEASING | 2471.00 | $ 1,085.80 |
| BUSINESS TECHNOLOGY GROUP, INC | 970.00 | $ 1,024.10 |
| BYER, JASON K. | 1199.02 | $ 8.68 |
| CABLE NEWS NETWORK LP, LLLP ("CNN") | 5468.00 | $ 1,650.39 |
| CALLENDER, NEIL | 4350.00 | $ 13.90 |

Unclaimed Funds List

| | | | |
|---|---:|---|---:|
| CAREER INNOVATIONS INC. | 1888.00 | $ | 718.27 |
| CERIDIAN BENEFITS SERVICES | 1569.00 | $ | 887.72 |
| CERIDIAN CORP. | 1438.00 | $ | 4,554.91 |
| CHAMPLIN, ANNE | 1180.02 | $ | 334.53 |
| CHANDHOK, AJAY | 2707.02 | $ | 185.77 |
| CHARLES, HARVEY | 1822.00 | $ | 58.30 |
| CHEN, HELEN | 3285.02 | $ | 820.19 |
| CHEN, HELEN | 3285.04 | $ | 861.23 |
| CHEN, XIAOMIN | 3712.00 | $ | 417.29 |
| CHEW, NANCY | 3636.02 | $ | 8.51 |
| CHIA, SONIA | 180.02 | $ | 43.62 |
| CHICAGO VIDEO | 1476.00 | $ | 36.83 |
| CHIPREZ, MIGUEL A. | 625.02 | $ | 54.69 |
| CHOKSHI, ALPESH | 3381.00 | $ | 2,100.00 |
| CHOPRA, DIPAK | 982.03 | $ | 23.70 |
| CHOW, SAU FONG | 1265.00 | $ | 624.12 |
| CHU, LEO | 1492.02 | $ | 27.61 |
| CLEMONS, ROCHELLE | 2086.03 | $ | 74.46 |
| COLOR REFLECTIONS | 3989.00 | $ | 158.95 |
| COLOURSCAN | 2571.00 | $ | 941.15 |
| COMPUSOURCE INC | 949.00 | $ | 65.87 |
| COMPUTER CONSULTING SERVICES CORP. | 683.00 | $ | 299.16 |
| CORPORACION INFINITA S.S. DE C.V. | 1923.00 | $ | 3,068.84 |
| COTTER, LAUREN | 4910.03 | $ | 71.39 |
| COTTER, LAUREN | 4910.02 | $ | 2.48 |
| CROCKER, CELESTE | 191.02 | $ | 6.84 |
| CROSBY, HEAFEY, ROACH & MAY | 305.00 | $ | 192.50 |
| DAGENAIS, RICHARD | 380.02 | $ | 442.68 |
| DE GROFF, MICHAEL | 2902.00 | $ | 156.72 |
| DENNIS MCCAIN CONSULTING GROUP | 2382.00 | $ | 535.30 |
| DENNIS, PATRICIA | 5295.02 | $ | 12.95 |
| DIFRANCO, ADRIANA V. | 417.02 | $ | 157.29 |
| DIGITAL PIPE | 1208.00 | $ | 47.25 |
| DINGESS, NICOLE | 2264.02 | $ | 36.24 |
| DIRENZO, THERESA | 4165.02 | $ | 101.84 |
| DIRENZO, THERESA | 4165.03 | $ | 247.28 |
| DIROCCO, JOHN | 4845.03 | $ | 8.20 |
| DIROCCO, JOHN | 4845.02 | $ | 113.18 |
| DJEBARI, NOUREDDINE | 3637.02 | $ | 78.35 |
| DOUBLE DAY OFFICE SERVICES | 3348.00 | $ | 299.81 |
| DYSERT, MARY | 4393.02 | $ | 128.10 |
| EDEN STAFFING SERVICES | 1913.00 | $ | 283.98 |
| EDER, BERNIE | 1280.02 | $ | 5.14 |
| EDERER, CHARLES | 3547.02 | $ | 267.44 |
| EDERER, CHARLES | 3547.03 | $ | 79.42 |
| EIRINBERG, MICHELLE | 4274.02 | $ | 17.04 |
| ENTERPRISE DATA GROUP, LLC | 1319.00 | $ | 84.83 |
| ENTERPRISE SOFTWARE SOLUTIONS | 2334.00 | $ | 6,503.35 |
| ENTERPRISE SOFTWARE SOLUTIONS | 5422.00 | $ | 525.00 |
| ERICSSON, JUSTIN D. | 3414.02 | $ | 174.96 |
| ESCO STATIONERY CO., INC | 5375.00 | $ | 647.92 |

| | | | |
|---|---:|---|---:|
| ESCO STATIONERY CO., INC | 5376.00 | $ | 791.00 |
| EXACTACOLOR OF SAN FRANCISCO | 1027.00 | $ | 26.22 |
| FANTASIA FRESH JUICE COMPANY | 909.00 | $ | 119.89 |
| FARRIS, JOHN | 4261.02 | $ | 44.51 |
| FELDMAN, WAYNE | 1422.02 | $ | 46.44 |
| FELDMAN, WAYNE | 1422.03 | $ | 104.39 |
| FERRACANE, LOUIS J. | 1262.02 | $ | 121.75 |
| FINK, KAREN J. | 4641.02 | $ | 126.81 |
| FLAVELL, NEIL E. | 3695.03 | $ | 1.31 |
| FLAVELL, NIEL E. | 3695.02 | $ | 156.82 |
| FOCALEX | 1060.00 | $ | 198.09 |
| FOODPIX | 632.00 | $ | 77.87 |
| FOODWORKS | 2704.00 | $ | 617.06 |
| FREDERICK BROTHERS CORPORATION | 451.00 | $ | 2,429.14 |
| FRIEDLANDER, SAMUEL M. | 538.02 | $ | 15.91 |
| FRIESEN, BRIAN L. | 3355.02 | $ | 160.17 |
| FUNK, LORI A. | 424.02 | $ | 14.58 |
| GARG, VARUN | 3331.00 | $ | 52.62 |
| GARRISON, HELEN S. | 4353.04 | $ | 11.62 |
| GARRISON, HELEN S. | 4353.03 | $ | 16.85 |
| GEDDIS, VINCENT | 2064.02 | $ | 187.20 |
| GLOBE INTERACTIVE | 570.00 | $ | 793.38 |
| GOBLE, STEVE | 3366.02 | $ | 29.19 |
| GOBLE, STEVE | 3366.03 | $ | 3.05 |
| GOMEZ-DAVILA, HUMBERTO | 722.03 | $ | 31.52 |
| GRAHAM, MICHAEL D. | 4374.01 | $ | 11.48 |
| GRAPHISTOCK | 634.00 | $ | 189.00 |
| GREEN MILL RESTAURANT | 2594.00 | $ | 51.39 |
| HAGER, JENNIFER | 1416.04 | $ | 30.58 |
| HAGER, JENNIFER | 1416.05 | $ | 227.02 |
| HAHN, KRISTIN | 4254.03 | $ | 15.01 |
| HAILE-MELEKOT, ABIY | 3089.02 | $ | 17.36 |
| HALL, KATHERINE | 41.03 | $ | 32.99 |
| HALVERSON, ANDREA | 36.02 | $ | 122.09 |
| HAMALA, ELITA | 1945.03 | $ | 0.88 |
| HANNA, MARK | 4958.02 | $ | 12.81 |
| HANOVER, WILLIAM H. | 1002.00 | $ | 51.14 |
| HARI, CHANDRASEKARAN | 5135.02 | $ | 73.10 |
| HARLOW, JON | 4387.02 | $ | 105.34 |
| HARPER, MONIQUE | 4248.00 | $ | 277.21 |
| HART, MARK | 3483.00 | $ | 380.71 |
| HARTER, VIRGINIA | 1827.03 | $ | 7.00 |
| HARVEY, SARAH | 4062.03 | $ | 2.42 |
| HARVEY, SARAH | 4062.02 | $ | 27.88 |
| HELVIE, SHERRI C. | 4336.02 | $ | 7.34 |
| HELVIE, SHERRI C. | 4336.01 | $ | 7.17 |
| HENDERSON, AYISHA | 3743.02 | $ | 0.80 |
| HERRERA, NANCY E. | 3776.02 | $ | 65.74 |
| HIROKANE, WAYNE K. | 208.00 | $ | 770.00 |
| HOBBS, THOMAS | 4529.03 | $ | 7.00 |
| HORN, GREG | 855.02 | $ | 297.12 |

| | | | |
|---|---:|---|---:|
| HOTJOBS.COM, LTD. | 5481.00 | $ | 805.00 |
| HOWARD, EVELYN | 2773.02 | $ | 80.17 |
| HOWARD, EVELYN | 2784.00 | $ | 97.77 |
| HOWARD, EVELYN | 2796.00 | $ | 21.32 |
| HOWARD, EVELYN | 2783.00 | $ | 10.20 |
| HULLATTI, GIRISH | 3725.03 | $ | 38.37 |
| HULLATTI, GIRISH | 3725.04 | $ | 23.79 |
| ILLINOIS CENTER MARKET RESEARCH | 1785.00 | $ | 147.57 |
| INC.COM | 1133.00 | $ | 1,265.95 |
| INTERIM | 559.00 | $ | 33.81 |
| INTERNAL DATA RESOUCES, INC. | 5373.00 | $ | 637.16 |
| INTERNET.COM CORPORATION | 3007.00 | $ | 189.00 |
| ITC GRAPHIC SERVICES | 932.00 | $ | 97.75 |
| JACOPO'S WEST LOS ANGELES | 3426.00 | $ | 35.57 |
| JETLEY, VIVEK | 4626.02 | $ | 441.52 |
| JOHANNIGMAN, ELIZABETH | 3599.03 | $ | 18.90 |
| JOHNSON, CORI | 3548.02 | $ | 58.50 |
| JONES, VICTOR | 5241.02 | $ | 58.76 |
| JOSEPH, MICHAEL | 4172.00 | $ | 295.53 |
| KAGIWADA, STACY | 4912.02 | $ | 46.66 |
| KANG, YAN IAN | 536.02 | $ | 297.25 |
| KASSOLIS, CYNTHIA NICOLE | 2056.02 | $ | 153.67 |
| KATARIA, ARCHANA | 78.01 | $ | 326.79 |
| KEATES, PAUL | 3861.00 | $ | 174.38 |
| KELLY,  ROSS | 794.00 | $ | 16.70 |
| KEMERER, JEFFREY | 1258.02 | $ | 40.63 |
| KEMP, MICHAEL | 3359.03 | $ | 40.68 |
| KENNARD, JAMIE | 436.02 | $ | 54.48 |
| KEYSTONE SERVICES INC. | 1539.00 | $ | 50.40 |
| KIM, CHI EUN | 404.03 | $ | 5.79 |
| KIM, CHI EUN | 404.02 | $ | 8.81 |
| KIM, GRACE S. | 5540.01 | $ | 34.60 |
| KIM, GRACE S. | 5540.02 | $ | 72.44 |
| KIRK, DANIEL K. | 3238.00 | $ | 146.43 |
| KLEIN, CASANDRA | 1979.03 | $ | 16.71 |
| KOLARSKI, DRAGAN | 2017.02 | $ | 233.72 |
| KORN/FERRY INTERNATIONAL-JAPAN | 3033.00 | $ | 6,720.78 |
| KOVALSKY, BETH | 2781.02 | $ | 61.73 |
| KPMG CONSULTING, INC. | 170.00 | $ | 5,950.00 |
| KRUMM, JASON | 2088.02 | $ | 171.05 |
| KRUMM, JASON | 2088.03 | $ | 9.86 |
| KUKREJA, ARVIND | 5167.00 | $ | 482.84 |
| KULLER, LISA BETH | 3670.03 | $ | 12.08 |
| KULLER, LISA BETH | 3670.02 | $ | 157.64 |
| LACHS, MONICA | 5131.02 | $ | 173.25 |
| LAMBERT, JAKE | 69.02 | $ | 22.54 |
| LANG, GARDENIA | 3397.03 | $ | 22.76 |
| LEONARD, ELISABETH | 297.01 | $ | 94.23 |
| LET STINKY DO IT | 915.00 | $ | 34.25 |
| LINDSEY, CARLOS | 3503.02 | $ | 115.37 |
| LIPIRA, NANCY | 4407.02 | $ | 3.09 |

| | | |
|---|---:|---:|
| LITRENTA, RACHEL | 3833.04 | $ 13.28 |
| LIU, JEAN | 729.04 | $ 103.39 |
| LOCKWOOD, ELIZABETH | 3876.01 | $ 1,201.99 |
| LOPEZ, FERNANDO A. | 1201.00 | $ 9.27 |
| LOS ALTOS GARBAGE CO. | 510.00 | $ 221.72 |
| LOS ALTOS GARBAGE CO. | 511.00 | $ 166.03 |
| LUKASHOV, ANDREY | 1718.02 | $ 555.18 |
| LYNN, COREY | 2030.03 | $ 4.33 |
| LYNN, STEVEN | 1982.02 | $ 104.50 |
| LYTLE, ANN | 2962.00 | $ 42.00 |
| MA, JENNIFER | 4684.02 | $ 5.80 |
| MA, JUN | 4349.00 | $ 23.33 |
| MACHLEDER, SHIRA | 368.03 | $ 13.23 |
| MADALA, VIJAY S. | 2328.02 | $ 21.73 |
| MADHEKAR, BHALCHANDRA | 1501.02 | $ 22.14 |
| MANAGEMENT RECRUITERS INTERNATIONAL | 5446.00 | $ 1,225.00 |
| MANHATTAN DELI | 3755.00 | $ 394.48 |
| MARIN, MICHEL | 4341.02 | $ 147.75 |
| MARSHALL, TOM S. | 66.02 | $ 23.68 |
| MARTHA STEWART LIVING | 1038.00 | $ 1,220.17 |
| MARTINEZ, CELENIA | 3771.00 | $ 343.52 |
| MASCON | 3009.00 | $ 5,500.47 |
| MCCARTHY, MICHAEL | 4535.02 | $ 10.37 |
| MCCONNELL, MARCUS A. | 2634.02 | $ 455.93 |
| MCCULLOUGH, SHAUN | 4050.02 | $ 36.64 |
| MCDEVITT, JONATHAN A. | 4788.02 | $ 45.98 |
| MCKESSON, JOE | 44.02 | $ 123.62 |
| MCLAIN III, ROBERT F. | 4829.02 | $ 49.59 |
| METATEC CORPORATION | 798.00 | $ 272.65 |
| MEYER STRONG & JONES ENGINEERS P.C. | 813.00 | $ 1,051.65 |
| MIDWEST COMPUTER, INC. | 3409.00 | $ 688.87 |
| MILES, JASON | 4388.02 | $ 31.19 |
| MISHRA, PUNISH | 646.02 | $ 91.71 |
| MOBILE SHREDDING CO. | 778.00 | $ 51.93 |
| MOLL, BROOKE | 3554.04 | $ 236.88 |
| MONJES, MARTHE H. | 3748.04 | $ 8.08 |
| NAGARAJAN, DHAMODHARAN | 3010.02 | $ 531.46 |
| NAIR, HEERA | 2536.02 | $ 295.78 |
| NAJERA, DEBRA | 3288.02 | $ 100.85 |
| NANCE, JONATHAN | 1001.02 | $ 74.10 |
| NASH, RUSS | 4708.03 | $ 255.16 |
| NASH, RUSS | 4708.02 | $ 1,018.03 |
| NEILL, CHRISTOPHER L. | 4351.02 | $ 143.24 |
| NET IQ | 319.00 | $ 2,051.86 |
| NETWORK CENTURY INC | 1389.00 | $ 109.66 |
| NETZERO INC | 668.00 | $ 350.00 |
| NEW ECONOMY STRATEGY, L.L.C. | 4293.00 | $ 252.00 |
| NEW YORK PUBLIC LIBRARY | 3597.00 | $ 73.04 |
| NEW YORK STOCK EXCHANGE, INC | 4952.00 | $ 24.11 |
| NEWELL, JEFFREY D. | 4823.02 | $ 37.24 |
| NEWMAN GROUP, INC.* THE | 5355.00 | $ 350.00 |

| | | | |
|---|---:|---|---:|
| NISHIMURA, ALEXANDRA E. | 3216.03 | $ | 71.12 |
| NITZ, MARJORIE | 3739.02 | $ | 9.00 |
| OASYS | 3152.00 | $ | 578.55 |
| OHLSEN, LORENZEN & PARTNER | 1777.00 | $ | 196.00 |
| ONESOURCE BUILDING SERVICES, INC | 2765.00 | $ | 150.36 |
| O'REILLY, ERINN C. | 4278.00 | $ | 818.99 |
| P&M NATIONAL SALES | 2193.00 | $ | 15.99 |
| PACIFIC CAFE | 3304.00 | $ | 114.75 |
| PACUBAS, JOHN | 3808.02 | $ | 424.20 |
| PARAMOUNT GRAPHICS | 5379.00 | $ | 140.00 |
| PAREKH, PRANAV | 4542.02 | $ | 656.03 |
| PAREKH, PRANAV | 4542.03 | $ | 20.56 |
| PARK, SANGHEE | 1343.03 | $ | 13.70 |
| PARSON GROUP, LLC | 4285.00 | $ | 5,623.98 |
| PATON, KATHLEEN | 1413.00 | $ | 500.50 |
| PAUL, DEBARATI | 3506.02 | $ | 58.10 |
| PERSAUD, LOREENA L. | 1441.04 | $ | 161.76 |
| PERSONNEL DECISIONS INTERNATIONAL | 1307.00 | $ | 228.21 |
| PETERS, JAMES | 2604.02 | $ | 49.50 |
| PHILLIP'S FLOWERS | 969.00 | $ | 151.53 |
| PHOTOBITION | 2289.00 | $ | 983.30 |
| PHOTOVAULT, INC. | 711.00 | $ | 28.86 |
| PIMENTEL, KRISTINE | 43.02 | $ | 235.56 |
| PLAYERS NETWORK | 1458.00 | $ | 70.00 |
| POLAR SYSTEMS | 2738.00 | $ | 260.50 |
| POLLEMA, STEVEN | 3875.02 | $ | 41.25 |
| POTTER, TIMOTHY J. | 879.02 | $ | 74.23 |
| POUNDS, E. PEPPER | 1186.03 | $ | 1.89 |
| POUNDS, E. PEPPER | 1186.02 | $ | 27.17 |
| PRINTING TODAY | 2009.00 | $ | 68.25 |
| PRIVATE GARDENER | 2690.00 | $ | 14.41 |
| PRODIGY COMMUNICATIONS CORP. | 1726.00 | $ | 2,100.00 |
| PROVEN ANALYSIS DESIGN INC | 1292.00 | $ | 315.00 |
| QUITER, MICHELLE R. | 1525.03 | $ | 45.74 |
| RAINBOLT, JERI L. | 1538.02 | $ | 313.74 |
| RAORANE, MEGHANA | 3422.02 | $ | 8.19 |
| RARITAN BAY MEDICAL CENTER | 2737.00 | $ | 292.91 |
| REITER, GARY | 2602.00 | $ | 8.25 |
| REMEDIOS, RICHARD E. | 1296.03 | $ | 19.11 |
| REMEDIOS, RICHARD E. | 1296.02 | $ | 26.44 |
| RENTOKIL(04)-CINCINNATI | 1620.00 | $ | 790.97 |
| RESERVE ACCOUNT | 4472.00 | $ | 44.29 |
| ROBICHAUX, DOUG M. | 2308.02 | $ | 35.17 |
| ROBYN COLOR LAB, INC. | 766.00 | $ | 16.70 |
| RODKEWICH, JANE A. | 3596.02 | $ | 16.69 |
| ROHDE, TIM | 1421.00 | $ | 275.18 |
| ROMAN, ROMAN M. | 4647.03 | $ | 12.47 |
| ROSENBERGER PRODUCTIONS, INC. | 1427.00 | $ | 81.89 |
| RUSTIA, ARVIN | 3005.00 | $ | 142.03 |
| SAMPAONGERN, CHUTAMA | 3228.03 | $ | 176.97 |
| SAMPAONGERN, CHUTAMA | 3228.02 | $ | 82.12 |

Unclaimed Funds List

| | | |
|---|---:|---:|
| SANDY NASH PERSONNEL | 215.02 | $ 79.80 |
| SANTOYO, NORMA L. | 3324.03 | $ 33.11 |
| SAUL, ERIC | 4731.00 | $ 591.51 |
| SAYERS COMPUTER SOURCE | 636.00 | $ 1,460.40 |
| SCHIERER, TAMA | 1356.02 | $ 32.74 |
| SCHUH, JERRY | 3722.02 | $ 123.15 |
| SFORZA, REXFORD P. | 100.02 | $ 148.33 |
| SHANNON STAR DISTRIBUTORS | 3797.00 | $ 680.21 |
| SHATS, ELANA | 304.00 | $ 147.86 |
| SHELTON, SANDRA | 467.02 | $ 159.21 |
| SKILL SCAPE | 1985.00 | $ 170.85 |
| SOBOLEVA, NATASHA | 875.02 | $ 5.57 |
| SPORTSLINE.COM, INC | 339.00 | $ 1,050.00 |
| STACK, CAELAN | 9.02 | $ 38.10 |
| STAGEWORK | 1859.00 | $ 98.00 |
| STERLING AFFAIR | 705.00 | $ 281.43 |
| STI GRAPHIC INC | 1463.00 | $ 518.39 |
| STOLLER, CHERYL | 4562.01 | $ 401.40 |
| STOLLER, CHERYL | 4562.02 | $ 51.56 |
| STOVER, W. TOM | 4691.02 | $ 126.83 |
| STOVERN, JEROD | 1890.02 | $ 140.05 |
| STRATFORD, TRAVIS S. | 2631.04 | $ 149.05 |
| STRICKLAND, CARMEN | 597.04 | $ 8.64 |
| SUMAN, CYNTHIA | 1408.02 | $ 28.20 |
| SURREAL SOFTWARE | 4582.00 | $ 4,453.68 |
| SWITCHBOARD, INC. | 1175.00 | $ 1,663.13 |
| TALLEY, J. MICHAEL | 2628.00 | $ 46.63 |
| TAMBURELLO, DAVID | 1867.02 | $ 73.55 |
| TAYLOR, KENNETH T. | 1073.02 | $ 27.82 |
| TECH GOD AUDIO | 3590.00 | $ 32.13 |
| TELELOGIC | 2914.00 | $ 1,516.48 |
| TERNET, ELAINE | 4753.02 | $ 23.13 |
| THIEL, KATHERINE | 219.02 | $ 100.73 |
| THIRUKKONDA, MURALI | 1110.02 | $ 8.75 |
| THIRUKKONDA, MURALI | 1110.01 | $ 433.22 |
| THOMPSON & SEARS, LLC | 959.00 | $ 135.56 |
| TOWN CAR LIMOUSINE SERVICE, INC. | 5345.00 | $ 280.00 |
| TRIP.COM., INC. | 1159.00 | $ 388.81 |
| TRIVEDI, PRASHANT | 4654.02 | $ 410.72 |
| TROY SYSTEMS INTERNATIONAL, INC. | 2183.00 | $ 107.75 |
| TSAY, WEN-CHING E. | 3992.03 | $ 37.66 |
| US SOLUTIONS INC | 3499.00 | $ 1,540.00 |
| VANCE, AMANDA | 5160.03 | $ 7.00 |
| VASQUEZ COFFEE COMPANY | 2839.00 | $ 40.38 |
| VAZQUEZ, BEGONA | 3382.02 | $ 7.56 |
| VAZQUEZ, JOHANNY | 4962.00 | $ 45.01 |
| VDI MULTIMEDIA, DBA: FAST FORWARD | 925.00 | $ 226.29 |
| VEILLETTE, MONIQUE | 717.00 | $ 17.50 |
| VITAL INFO | 4948.00 | $ 446.25 |
| WALKER, THOMAS JAMES | 3070.02 | $ 110.00 |
| WALKER, TRACEY | 4270.03 | $ 93.29 |

Unclaimed Funds List

| | | | |
|---|---:|---|---:|
| WALLSTREET MARKETERS | 2873.00 | $ | 424.20 |
| WALTER V. CLARKE ASSOCIATES | 2912.00 | $ | 385.00 |
| WASTE MANAGEMENT | 1275.00 | $ | 81.20 |
| WATSON, REUBEN | 4167.02 | $ | 247.09 |
| WATSON, REUBEN | 4167.03 | $ | 41.86 |
| WAVE SOUND RECORDERS | 3118.00 | $ | 22.05 |
| WEISS, LAURA | 221.02 | $ | 141.71 |
| WERNER, CHRIS A. | 3351.02 | $ | 71.80 |
| WERNER, CHRIS A. | 3351.03 | $ | 166.12 |
| WEST COAST RECYCLING CO | 817.00 | $ | 57.75 |
| WESTLAND PRINTERS | 901.00 | $ | 231.45 |
| WICKERSHAM, THEODORE S. | 3940.04 | $ | 7.33 |
| WILLIAMS, COREY L. | 3403.01 | $ | 151.77 |
| WILSON, KEVIN | 1363.02 | $ | 1.30 |
| WITT, WARNER N. | 1431.02 | $ | 115.92 |
| WOGAS, EILEEN M. | 509.02 | $ | 61.02 |
| WOODS, THOMAS | 5125.02 | $ | 472.76 |
| WORLDGATE SPORT & HEALTH | 5365.00 | $ | 280.00 |
| WORLDWIDE EXPRESS | 524.00 | $ | 3.86 |
| YANG, FULIN | 2867.02 | $ | 13.30 |
| YOUNG, JENNIFER | 4728.02 | $ | 171.84 |
| YOUNG, JENNIFER | 4727.00 | $ | 21.42 |
| YU, YING KUI | 2067.02 | $ | 73.03 |
| YU, YING KUI | 2067.03 | $ | 35.19 |
| YZAGUIRRE, DAVID | 437.02 | $ | 156.44 |
| ZAPTIN, JEANNE M. | 670.02 | $ | 53.26 |
| | | | |
| **Total:** | | **$** | **137,507.83** |