# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re:

| | | |
|---|---|---|
| MarchFirst, Inc | ) | |
| Debtor: MarchFirst, Inc | ) | Bankruptcy Case No. 01-24742 |
| | ) | |
| | ) | |
| | ) | |

Debtor(s)

## AMENDED NOTICE OF MOTION

To:    Chief Civil Division                     Mr. Kenneth S. Gardner, Clerk
       U.S. Attorney's Office                   Attention: Financial Administrator
       219 S. Dearborn Street                   219 S. Dearborn Street
       Chicago, Illinois 60604                  Chicago, Illinois 60604

       Trustee: Andrew J Maxwell    *           United States Trustee
       Maxwell & Potts, LLC                     219 S. Dearborn Street, Rm 873
       105 W. Adams, Chicago, IL                Chicago, Illinois 60604

       Please take notice that on __**January 9, 2014**__ at 11:00 A.M. (Please select a date at least ten(10) business days from the date of mailing this notice) I shall bring the above motion for hearing before Judge Bruce W. Black, Courtroom 719, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.

       I certify that the motion and notice of motion were served on the person (s) to whom notice is given by depositing copies in envelopes addressed to them with proper postage in the United States mail on 12/20/2013.

_____
Signature of Claimant/Attorney/Movant

*Insert name and address of case Trustee.

Rev. 10/2011 lh

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 27 2013

KENNETH S. GARDNER, CLERK
PS REP. - CM

United States Bankruptcy Court
Northern District of Illinois
Eastern Division

In Re: MarchFirst, Inc   )
                         )   Bankruptcy Case No. 01-24742
                         )
Debtor(s)                )

## Amended Motion to Withdraw Money
### Under 28 U.S.C. § 2042

_____Thomas C. Adams_____, claimant, moves this Court to order the withdrawal of moneys on deposit for this estate in the name of _____MarchFirst Inc._____, and the payment of these moneys to claimant and in support of this motion states:

1. On _____, the trustee of this estate deposited the sum of $ 6197.12 Attached A belonging to the creditor with the Clerk of Court.

2. *(Please cross out the subparagraph that does not apply)* certify that the

   A. The claimant is the creditor in whose behalf these moneys were deposited and is entitled to the money deposited.

   B. ~~The claimant is not the creditor but is entitled to payment of these moneys because~~ *(please state the basis for your claim to the moneys)* _____

_____

*(Please attach a copy of any supporting document).*

   C. ~~Claimant is Debtor and is entitled to this money.~~

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 27 2013
KENNETH S. GARDNER, CLERK
PS REP. - CM

Signature of Claimant/Attorney/Movant
Thomas C Adams

Printed Name
25 Parkview Ave. Apt 5C

Bronxville, NY 10708

Mailing Address
917 - 887- 6856

Phone Number

### Certification

I, _____Thomas C. Adams_____, claimant, certify that the statements in the foregoing motion are true and correct.

9564
Signature of Claimant and Last Four Digits of
Claimant's Social Security Number or EIN

---

(i)   If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii)  If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv)  If claimant is an agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v)   Attach other documents showing entitlement should none of the foregoing apply.

Rev. 10/2011 lh

Exhibit A

To: United States Bankruptcy Court
Northern District of Illinois
Eastern Division

From: Thomas Adams
25 Parkview Avenue  Apt. 5C
Bronxville, NY  10708

Re   MarchFirst Inc Bankruptcy Case No. 01-24742
Dates and amounts of monies deposited on Claimant's behalf in support of
Motion to Withdraw Money

Dates and amounts of monies deposited in Claimants name and recorded in Unclaimed Funds by the U.S. Bankruptcy Court, Northern District of Illinois.

| Date | Amount |
| --- | --- |
| 24-Aug-08 | $1,936.60 |
| 11-Sep-09 | $2,904.90 |
| 7-Jul-13 | $1,355.62 |
| Total | $6,197.12 |

Thomas C. Adams
25 Parkview Avenue Apt 5C
Bronxville, NY 10708

December 20, 2013

United States Bankruptcy Court
Northern District of Illinois
Attention 7th floor
219 South Dearborn Street
Chicago, IL   60604



FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 2 7 2013

KENNETH S. GARDNER, CLERK
PS REP. - CM

CC:  Ms. Pat Booker

Re: Amended Motions to be paid Unclaimed Funds Regarding MarchFirst Inc:
Case 01-24742

To whom it may concern:

I am an individual who on October 31, 2013 filed Motions and all required documentation for unclaimed funds on my own behalf. Subsequently, I have been asked to submit an Amended Notice of Motion, and Amended Motion to Withdraw Money.   These are attached.

This is because the hearing date identified on the Notice of Motion was a holiday. Ms. Booker, who is with the United States Bankruptcy Court, Northern District of Illinois, has informed me that all other documentation required and filed by me on October 31 is on file. This included:  the Order, Statement of Social Security, Vendor information, with copy of Social Security Card and Drivers License and Waiver of appearance.

I have included my phone number and email below in the event you have questions or need further clarification.  Pat Booker has been very helpful and should be commended for outstanding customer service. She has helped me navigate through this process, which  hopefully will result in the successful release of the designated funds held in my name.

Sincerely,

Thomas C. Adams
25 Parkview Avenue   Apt. 5C
Bronxville, NY 10708
Contact: 917-887-6856
Email: ttctom@aol.com