# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: In re MarchFirst, Inc.

Case Number: 01-24742

An appearance is hereby filed by the undersigned as attorney for:
Andrew J. Maxwell

Attorney name (type or print): Michael M. Schmahl

Firm: Pollick & Schmahl, LLC

Street address: 200 E. Randolph Street, Suite 5100

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6275860
(See item 3 in instructions)

Telephone Number: 312-235-3296

Email Address: mschmahl@pollickschmahl.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/15/2019

Attorney signature: S/ Michael M. Schmahl
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015