IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| MARCHFIRST INC., *et al.*, | ) | CASE NO. 01-24742 |
| | ) | |
| DEBTOR. | ) | HON. A. BENJAMIN GOLDGAR |

SUPPLEMENTAL DECLARATION OF SHIRLEY BAYLIFF IN SUPPORT
OF UNITED STATES TRUSTEE'S OBJECTION TO TRUSTEE'S
NINTH APPLICATION FOR ALLOWANCE OF TRUSTEE'S FEES

I, Shirley Bayliff, hereby state the following under penalty of perjury:

1. On June 5, 2019, I filed a Declaration in Support of United States Trustee's Objection to Trustee's Ninth Application for Allowance of Trustee's Fees (the "Declaration"). [Dkt. No. 5766-2].

2. In the Declaration, I noted that our initial inventory of the banking documents Mr. Maxwell provided to us reflected that 58 monthly bank statements were missing.

3. Since the filing of the Declaration, a further review of Mr. Maxwell's banking records revealed that the number of missing monthly bank statements is 52. Five bank statements were found amongst the documents received from Mr. Maxwell and one bank statement would not have existed as we determined that the account closed the month prior.

4. In paragraph 16 of the Declaration, I stated that Mr. Maxwell was unable to produce 175 cancelled checks totaling $5.9 million. To supplement that statement, the 175 figure is comprised of the following:

   a. 104 checks totaling $539,000.68 have cleared the estate's bank account, but Mr. Maxwell cannot locate any of the cancelled checks;

   b. 38 checks totaling $713,625.70 that Bank of America did not initially return to Mr. Maxwell, and for which Bank of America advised that it was "not able to

1

       enclose these item(s)," but would "provide a copy if the original [check] is not located." Bank of America advised further that, "[I]t is important to note that a check copy is a true photocopy of the original item." Included in the documents Mr. Maxwell provided to the UST were copies of certain checks from Bank of America that fit into this category. However, 38 checks (whether original or copies) were not included in Mr. Maxwell's records.

    c. 33 checks totaling $4,741,583.32 that appear to be voided checks. Of those 33, Mr. Maxwell identified 11 that he alleges were never printed, so that a physical check never existed. As to the remaining 22 checks, Mr. Maxwell is unable to explain why the voided checks were not included in his documents.

    5.    In paragraph 15 of the Declaration, I stated, "Mr. Maxwell is unable to produce supporting bank statements for 480 transactions comprising $276,039,700.84 in receipts and $208,078,609.72 in disbursements." For clarification purposes, the transactions referenced mean those on Mr. Maxwell's Form 2. Based upon my review of the additional bank statements referenced in paragraph 3 herein, the number of Form 2 transactions for which Mr. Maxwell is unable to produce supporting bank statements has decreased to 478, comprising approximately $276,036,543.46 million in Form 2 receipts and approximately $208,078,609.72 million in Form 2 disbursements.

    6.    In paragraph 18 of the Declaration, I stated that there were 385 remaining unverifiable transactions. Based upon my review of the additional bank statements referenced in paragraph 2 herein, the remaining unverified transactions on Mr. Maxwell's Form 2 is 383, comprising approximately $10 million in Form 2 receipts and $11 million in Form 2 disbursements. For clarification purposes, my use of the term "unverified" means that the transactions cannot be tested against bank statements and/or cancelled checks, and/or any third party bank advice or other supporting documentation that has been provided to us. Therefore, it is not possible to verify the payment amounts nor their recipients nor the amounts of the deposits.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Executed this 20th day of August 2019.

_____
Shirley Bayliff
Regional Supervisory Auditor
U.S. Trustee Program