UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   01-24742 |
| Marchfirst Inc | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On October 4, 2022, claimant William R. Brown filed an application

for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a).

The application and supporting documentation fail to establish that the claimant properly noticed

all parties as stated on the record. Accordingly, IT IS HEREBY ORDERED:

The application is denied without prejudice.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  October 24, 2022